United States District Court
Southern District of Texas
**ENTERED**
October 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **CARLOS ANTONIO PACHECO IRAHETA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-01227** |
| | § | |
| **TODD BLANCHE,** ***et al.*****,** | § | |
| **Respondents.** | § | |

**ORDER**

Before the Court is Respondents' Advisory, (Dkt. No. 8), in which they advise the Court of Petitioner's imminent removal.

The Court **ORDERS** Respondents to file an advisory **by November 4, 2026,** notifying the Court whether Petitioner has been removed from the United States.

It is so **ORDERED**.

**SIGNED** on October 29, 2026.

John A. Kazen
United States District Judge